ABE KATZ, as Administrator, etc., of BERNARD KATZ, Deceased, and as Administrator, etc., of MEYER KATZ, Deceased, Appellant, v. THE CITY OF NEW YORK, Defendant, Impleaded with NEW YORK ZOOLOGICAL SOCIETY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CHARLES SCHUMACHER and BERNARD RUBIN, Individually and as Copartners, etc., Respondents, v. BOSTON FIRE INSURANCE COMPANY and Others, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of FRANKLIN C. EDSON, Appellant, for an Order Pursuant to Section 475 of the Judiciary Law of the State of New York, Directing EUGENE L. GAREY and EARL J. GAREY, Copartners Practicing Law under the Firm Name of GAREY & GAREY, Respondents, to Turn over Certain Moneys Withheld by Them. In the Matter of the Application of WILLIAM R. EDSON, Appellant, for an Order Pursuant to Section 475 of the Judiciary Law of the State of New York, Directing EUGENE L. GAREY and EARL J. GAREY, Copartners Practicing Law under the Firm Name of GAREY & GAREY, Respondents, to Turn over Certain Moneys Withheld by Them.— Order modified by reducing the compensation allowed to respondents for services to Franklin C. Edson to the sum of $1,340; and by reducing the compensation allowed for services to William R. Edson to the sum of $1,160; and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SEVENTH NATIONAL BANK OF NEW YORK, Respondent, v. JOSEPH J. SCHICKLER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., dissents and votes to reverse and grant the motion upon the ground that the recantation of the main witness, if made upon the trial, obviously would have affected the result.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD DEVANNA, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GRANDE MAISON DE BLANC, INC., Respondent, v. PIERPONT M. HAMILTON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CONLEW, INC., Appellant, v. STEINBERG PRESS, INC., and HARRY STEINBERG, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.